Daviana Avalo

125 Dean Ave Apt#4105

Franklin MA 02038

September 4th, 2024

Dear your honor,

I hope this letter finds you well. I am writing to express my unwavering support for the granting of bail for Johan Avalo.

For as long as I can remember it has always been my brothers, mother and I. We have always been united. Johan Avalo is a loving father of 3 beautiful children a 7-year-old boy and two autistic twin girls who have been affected during this process. Johan has always been a responsible and caring parent, and his children mean the world to him and rely on him for his love and support, it has been toughening these past months he has been away, holidays do not feel the same and the kids feel the absentee of their father, as I am always being questioned "where is dada?" "When is he coming back home?" "Why can't he come now?" "I miss when dada was always here with me".

I want to communicate that I understand the seriousness of this matter and the legal issues that he is currently facing, but I want to assure you that he has a strong support system in place. Our family is here for him every step of the way, and we are committed to helping him get back on track. We miss him dearly and are eager for his return home. I am certain that granting him bail would allow him to continue being there for his children and seeking all the resources he needs to overcome this challenge. He is not a flight risk and poses no threat to society. Johan has expressed his desire and potential to continue being there for his children and our family, being able to pick up his children from school and seeing their faces light up, tucking his children into bed and being the first face, they see upon waking up in the morning, those moments are priceless.

I am certain that being at home with his family and children will provide my brother with the support and stability he needs to stay on the right path. I assure you that my brother will comply with any conditions set by the court and dedicate the rest of his days towards creating a better future for himself and his children. It is my sincere hope the court takes this letter into consideration at the time of the decision to grant bail and consider the possibility of him being reunited with his family and children once again, thank you for taking the time to read this letter

Sincerely,

Daviana Avalo