# EXHIBIT 1

Exhibit 1a & 1b are being produced to the court via a hard copy disc.