# EXHIBIT 2

> **From: jujujo121 jujujo121 (owner)**
> I need a favor
> Status: Read
> 11/17/2021 1:01:40 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xD63E5 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: jujujo121 jujujo121 (owner)**
> Call me ASAP please
> Status: Read
> 11/19/2021 10:06:26 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xDEBBE (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: jujujo121 jujujo121 (owner)**
> Yo jake
> Status: Read
> 11/19/2021 5:33:56 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xDF86C (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: +12072790337**
> Hey I was sleepingm catching up on some zzss been like 4 days.. I just gettingnl n the showere whats up bro?
> Status: Read
> 11/19/2021 6:31:38 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xDF4E0 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From: jujujo121 jujujo121 (owner)**
> How [REDACTED] get my number??? she tricked me into giving her 3 fin nails saying you was working with her
> Status: Read
> 11/19/2021 6:33:07 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xDF439 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: jujujo121 jujujo121 (owner)**
> I need my stuff or she's gonna get hurt bruh
> Status: Read
> 11/19/2021 6:33:24 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xDF3C8 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: +12072790337**
> What?????? Wow bro really. I haven't even talked to her since the 1st when Kris turned herself in.
> Status: Read
> 11/19/2021 6:34:24 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xDF31A (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From: +12072790337**
> Idk how she got the number. Probably swiped it somehow. [REDACTED] is a sneaky old thieving bitch bro,. I wish I would have known that
> Status: Read
> 11/19/2021 6:35:31 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xDF24C (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From: jujujo121 jujujo121 (owner)**
> Find her for me please I really need my stuff she's in woodland acres with fat old guy
> Status: Read
> 11/19/2021 6:36:27 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xDF1B1 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: +12072790337
Ok ill ask around see what i can find out. I'll get her daughter to get ahold of her for me
Status: Read
11/19/2021 6:37:12 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE0F33 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

From: jujujo121 jujujo121 (owner)
Yea lmk ASAP
Status: Read
11/19/2021 6:40:28 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE0E7D (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: jujujo121 jujujo121 (owner)
No luck ?
Status: Read
11/20/2021 9:35:22 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE09C0 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: jujujo121 jujujo121 (owner)
If I don't hear back from her I won't have no other choice but to violate her or her daughter you know how this game works I don't play none of that shit I'll go to jail for mines
Status: Read
11/20/2021 10:01:35 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE065B (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From:** +12072790337
>
> Coover said he can find her. She owes him for the trailer she was living in and he said he'll go hook onto it and towe everything she owns the fuck outta there. I'm asking around right now to see where she's at
>
> Status: Read
>
> 11/20/2021 11:30:59 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE017C (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From:** +12072790337
>
> Dumb old bitch used my name to front some shit. Kris and me found all kinds of our shit in her bags a few days before we moved. Her kids clothes and shit. Who does that steals a little kids things
>
> Status: Read
>
> 11/20/2021 11:33:05 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE029C (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From:** +12072790337
>
> Krystin made it to the actual prison yesterday finally. Made it out of the county jail. Now she just has to get her routine down there a d she'll be ok. You good besides the ▇▇▇ thing bro? Might need to see you soon myslef
>
> Status: Read
>
> 11/20/2021 11:34:50 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE2F0F (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From:** jujujo121 jujujo121 (owner)
>
> Yea please tell him to take everything dude I'm really on fire I really want to hurt her bro I ain't no punk I'm so fired up about this man smh but other then that been bad man no cash flow I got my girls coming soon they missing bunch of stuff my boss on my ass cause I haven't been selling nothing
>
> Status: Read
>
> 11/20/2021 11:36:36 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE2D99 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

**From: jujujo121 jujujo121 (owner)**
And that's good when kris calls tell her I said hold her head ay we miss her she'll be out sooner
Status: Read
11/20/2021 11:38:57 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE2CF1 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

**From: +12072790337**
U still good with hard?
Status: Read
11/20/2021 11:46:05 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE2C8C (Table: ZTMOINTERACTION; Size: 1134592 bytes)

**From: jujujo121 jujujo121 (owner)**
Yea that's all you need for now ?
Status: Read
11/20/2021 11:46:36 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE2C29 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

**From: +12072790337**
I might wanna have you swing through with some of both. When I get do work I'll see what I have to work with and if I can put something together try to help you out.. fi d that bitch for you too. U still got Dat fire
Status: Read
11/20/2021 11:48:06 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE2B05 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From: jujujo121 jujujo121 (owner)**
> Yesir
> Status: Read
> 11/20/2021 11:48:36 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE2ABD (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: jujujo121 jujujo121 (owner)**
> When you get situated just lmk what you gonna need and lmk
> Status: Read
> 11/20/2021 11:48:54 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE2A42 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: +12072790337**
> Hey whats good bruh
> Status: Read
> 11/20/2021 7:03:15 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3EC9 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From: +12072790337**
> How soon could u get to my neck of the woods?
> Status: Read
> 11/20/2021 7:05:18 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3E50 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

From: jujujo121 jujujo121 (owner)
What you had needed
Status: Read
11/20/2021 7:05:55 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3DFC (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: +12072790337
Thinking bout 18 in hardwood. And a buck In Raindown
Status: Read
11/20/2021 7:07:08 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3D7C (Table: ZTMOINTERACTION; Size: 1134592 bytes)

From: +12072790337
28 all together
Status: Read
11/20/2021 7:07:28 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3D21 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

From: +12072790337
Maybe 38 gotta talk to uncle
Status: Read
11/20/2021 7:08:06 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3CB9 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

From: +12072790337
When he gets out of work at 9
Status: Read
11/20/2021 7:13:11 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3C50 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> From: jujujo121 jujujo121 (owner)
> Ight bet just lmk definite
> Status: Read
>
> 11/20/2021 7:43:39 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3BF5 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> From: +12072790337
> I got like 38 bro
> Status: Read
>
> 11/20/2021 10:37:33 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3A36 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> From: +12072790337
> Need both
> Status: Read
>
> 11/20/2021 10:37:38 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE39E1 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> From: +12072790337
> Asap
> Status: Read
>
> 11/20/2021 10:38:21 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3991 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> From: +12072790337
> I'll get ▓▓▓▓ for u too
> Status: Read
>
> 11/20/2021 10:38:49 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE392E (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> From: +12072790337
> I think I know where she's at.
> Status: Read
> 11/20/2021 10:39:13 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE38C4 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> From: jujujo121 jujujo121 (owner)
> Ok I'll be around tomorrow early
> Status: Read
> 11/20/2021 10:57:20 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3861 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> From: jujujo121 jujujo121 (owner)
> You herd
> Status: Read
> 11/20/2021 11:06:07 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3818 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> From: +12072790337
> Ok
> Status: Read
> 11/20/2021 11:31:36 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE37CA (Table: ZTMOINTERACTION; Size: 1134592 bytes)

From: +12072790337
I eeearrred ya mannnn
Status: Read
11/20/2021 11:32:04 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE3769 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

From: jujujo121 jujujo121 (owner)
You up ?
Status: Read
11/21/2021 11:06:31 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE338B (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: jujujo121 jujujo121 (owner)
Yooo
Status: Read
11/21/2021 11:58:16 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE31DA (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: jujujo121 jujujo121 (owner)
Wya
Status: Read
11/21/2021 1:17:22 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DEBE8 (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

AVALO-000374

> **From: +12072790337**
> Hey sorry my dude. I just woke and my phone died
> Status: Read
> 11/21/2021 1:20:17 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DEB04 (Table: ZTMOINTERACTION; Size: 2043552 bytes)

> **Unknown**
> Missed call from (207) 279-0337
> Status: Read
> 11/21/2021 2:10:19 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DEAA5 (Table: ZTMOINTERACTION; Size: 2043552 bytes)

> **From: +12072790337**
> Get at me. I got you where you at?
> Status: Read
> 11/21/2021 2:11:53 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DEA37 (Table: ZTMOINTERACTION; Size: 2043552 bytes)

> **From: jujujo121 jujujo121 (owner)**
> I'll be around ya way like 4 pm
> Status: Read
> 11/21/2021 2:38:56 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE91B (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: jujujo121 jujujo121 (owner)**
> Where you going to be
> Status: Read
> 11/21/2021 2:39:07 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE8C5 (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From:** jujujo121 jujujo121 (owner)
> ???
> Status: Read
> 11/21/2021 2:41:51 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE7C9 (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From:** jujujo121 jujujo121 (owner)
> Hello
> Status: Read
> 11/21/2021 2:48:12 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE71C (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From:** +12072790337
> Hey
> Status: Read
> 11/21/2021 2:48:21 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE6CD (Table: ZTMOINTERACTION; Size: 2043552 bytes)

> **From:** jujujo121 jujujo121 (owner)
> Where you going to be
> Status: Read
> 11/21/2021 2:48:34 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE677 (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From:** +12072790337
> Yeah ill be around I'm at my Ole man's house right in derby
> Status: Read
> 11/21/2021 2:48:44 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE5F0 (Table: ZTMOINTERACTION; Size: 2043552 bytes)

> From: jujujo121 jujujo121 (owner)
> Send address
> Status: Read
> 11/21/2021 2:49:06 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE5A1 (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> From: +12072790337
> You can come right to my crib if you want.  3 first street milo me 04463
> Status: Read
> 11/21/2021 2:49:26 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE47D (Table: ZTMOINTERACTION; Size: 2043552 bytes)

> From: +12072790337
> You weren't out front of my sister's today and a gray Ford pickup were you?
> Status: Read
> 11/21/2021 2:50:26 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE3E4 (Table: ZTMOINTERACTION; Size: 2043552 bytes)

> From: jujujo121 jujujo121 (owner)
> Ok anda no
> Status: Read
> 11/21/2021 2:51:45 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE397 (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> From: +12072790337
> Where you Wanna do this wanna go to my land? More private we can hook up the generator and go in the trailer maybe.
> Status: Read
> 11/21/2021 4:00:06 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE0BA (Table: ZTMOINTERACTION; Size: 2043552 bytes)

> From: +12072790337
> If u need the blender? Idk?
> Status: Read
> 11/21/2021 4:03:41 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DE051 (Table: ZTMOINTERACTION; Size: 2043552 bytes)

> From: jujujo121 jujujo121 (owner)
> I'm ready to go don't need it
> Status: Read
> 11/21/2021 4:06:36 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DDFEF (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> From: jujujo121 jujujo121 (owner)
> Where you want me to go
> Status: Read
> 11/21/2021 4:07:15 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DDF97 (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> From: +12072790337
> How far out are you. You can come right here I guess. Come up to my room
> Status: Read
> 11/21/2021 4:08:34 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DDF03 (Table: ZTMOINTERACTION; Size: 2043552 bytes)

> From: jujujo121 jujujo121 (owner)
> 3 first st ?
> Status: Read
> 11/21/2021 4:10:58 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DDE6F (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From:** +12072790337
> Yeah you'll see my red truck
> Status: Read
> 11/21/2021 4:11:14 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE5FD4 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From:** +12072790337
> It's on the right hand side of the road. Big silver toolbox in the back. Park right behind it
> Status: Read
> 11/21/2021 4:11:47 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE5F2B (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From:** jujujo121 jujujo121 (owner)
> Ok
> Status: Read
> 11/21/2021 4:12:11 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE5E61 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From:** +12072790337
> Green old ass ugly house. There's like a big swing hanging from a tree right beside my truck can't miss it. I can see the road from my window you'll see me
> Status: Read
> 11/21/2021 4:12:56 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE5D7B (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From:** jujujo121 jujujo121 (owner)
> 35 min away
> Status: Read
> 11/21/2021 4:59:12 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE5BAA (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> From: jujujo121 jujujo121 (owner)
> You herd
> Status: Read
> 11/21/2021 4:59:50 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE5B61 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> From: +12072790337
> Ok
> Status: Read
> 11/21/2021 5:06:01 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE5ABB (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> From: +12072790337
> I'm here bro waiting for you
> Status: Read
> 11/21/2021 5:06:57 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE5A53 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> From: jujujo121 jujujo121 (owner)
> Outside
> Status: Read
> 11/21/2021 5:47:37 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE5356 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: jujujo121 jujujo121 (owner)**
> Wya
> Status: Read
>
> 11/21/2021 5:48:43 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xE5312 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: jujujo121 jujujo121 (owner)**
> How's going bro
> Status: Read
>
> 11/23/2021 8:48:07 AM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1DF99D (Table: ZTMOINTERACTION, ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From: +12072790337**
> It's slow right now. Late in the month and early in the week. Nobody has any bread right now
> Status: Read
>
> 11/23/2021 1:33:17 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xEAF94 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From: jujujo121 jujujo121 (owner)**
> Yes I feel you no word on rona? Really don't want to go to her daughters house but she's leaving me no choice bro
> Status: Read
>
> 11/23/2021 1:38:35 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xEAEDB (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: jujujo121 jujujo121 (owner)

?

Status: Read

11/24/2021 2:39:56 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xEB6EF (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: +12072790337

No word homie. Her daughter and her daughters husband are good friends of mine though. ▓▓▓▓ is a grimey bitch who deserves es what she gets and they also agree. I'm have to ask you as a favor to me to 0lease be patient and get her directly bro. Please

Status: Read

11/24/2021 8:07:47 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xECCD6 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

From: +12072790337

She can only stay down for so long in this little town. I'll go knocking doors tomorrow make that bitch come to you. Watch

Status: Read

11/24/2021 8:08:53 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xECC0D (Table: ZTMOINTERACTION; Size: 1134592 bytes)

From: +12072790337

Krystin feels the same way also bro. There very close to us... I understand your position and point of view . Were just asking to be patient. Enjoy the holiday with your family bro. We'll get her next Monday when the new week starts homie

Status: Read

11/24/2021 8:29:41 PM(UTC-5)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0xECACE (Table: ZTMOINTERACTION; Size: 1134592 bytes)