# EXHIBIT 3

> **From:** jujujo121 jujujo121 (owner)
> Ok
> Status: Read
> 9/29/2021 4:00:08 PM(UTC-4)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0x880C8 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From:** jujujo121 jujujo121 (owner)
> Try line some stuff up for me for tomorrow the 1st
> Status: Read
> 9/30/2021 10:44:00 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0x8B1C6 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

> **From:** +12073586869
> Already started on that bud got a cpl plays in order. That was a batch of brownies u brought! Had one of my boys go out and one out to lunch on her way just after i saw u yesterday
> Status: Read
> 9/30/2021 10:49:50 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0x8B0BF (Table: ZTMOINTERACTION; Size: 1134592 bytes)

> **From:** jujujo121 jujujo121 (owner)
> Lol yea ???
> Status: Read
> 9/30/2021 10:50:33 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0x8D3CD (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: +12073586869

Ya for real had to narcan after cpr and shit it was crazy! Then my girl that drives me was the other one she was out of her mind on tour for hours lmao

Status: Read

9/30/2021 10:51:57 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0x8DF59 (Table: ZTMOINTERACTION; Size: 1134592 bytes)

From: jujujo121 jujujo121 (owner)

Lol

Status: Read

9/30/2021 10:53:27 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0x8D388 (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: jujujo121 jujujo121 (owner)

Wasup tho I need new plays scotty shits been slow buddy

Status: Read

9/30/2021 10:53:50 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0x8DDEE (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)

From: jujujo121 jujujo121 (owner)

Lmk

Status: Read

9/30/2021 11:01:37 AM(UTC-4)

Source Extraction:
Legacy
Source Info:
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121 : 0x8D1ED (Table: ZTMOINTERACTION; Size: 1134592 bytes)
19836e399b739f5c80b26cf92d9538e64c1d7da4_files_full.zip/private/var/mobile/Containers/Data/Application/247E2BF6-AC3E-44E2-9F6E-BCC3BD8E4167/Documents/10466320151241745810jujujo121-wal : 0x1F2C3C (Table: ZTMOACCOUNTINFO; Size: 2043552 bytes)