FILED
IN CLERKS OFFICE
2025 SEP 15 PM 12:12
DISTRICT COURT
DISTRICT OF MASS.

FCI, Sep 12 2025

Re: United States v. Joan Avalo-Quezada

Case No. 23-CR-10186-ADB

Dear Your Honor,

    I, Joan Avalo-Quezada, the Defendant in the above-mentioned case is writing this letter because I've been voiceless for 19 month's too long. I have a few issues/concern's regarding the process of my bail procedure, A process I'm not familar with or accustom too. My first concern regarding the denial of my bail and reason's for detention by United State's magistrate Judge Donald L. Cabell include the following "Prior Criminal history", I'm 28 year's old in my adulthood I've never been convicted of a crime and please don't take this the wrong way I don't want you to think I'm trying to sound like a smart ass but in all reality aren't we the people innocent untill proven guilty by a court of law. Second reason "participation in criminal activity while on probation, parole, or supervision", I've only been on pretrial supervision and on my condition's report I have zero violation's. Third reason "Lack of Stable employment", I provided my lawyer with my W2's from the year 2024 and year 2023, 2 years of employment I was allowed to work up to 25 hour's a week. These are the top 3 reasoning that my lawyer failed to challenge. Also at our hearing on May 1st 2025, the first thing you stated to Mr. Crowley was your not opposing on releasing me, I know deep down in my heart he chose to mislead you with those false & tainted allegation's which I believe is leading to my prolonged advisement, I'm asking and hoping you find it in your kind heart to give me a chance to show and prove this honorable court that I'm not that person Mr. Crowley is trying to protray me to be and also show & prove this honorable court that I can succed & will succed if I'm granted the chance at bail. Thank you for taking time out your day to read this letter hope all is well.

(Can you please upload this letter on my file)

Sincerely The defendant,
Joan Avalo-Quezada