11-5-25

FILED
IN CLERKS OFFICE
2025 NOV 10 AM 1:21
U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: Joan Avalo-Quezada v. United States of America

Case No: 123-CR-10186-ADB

## Motion To Dismiss Councel

Your Honor,

I Joan Avalo-Quezada, the defendant in the above mentioned case, through myself, respectfully move this honorable court to remove councel and request for new councel.

respectfully Sumitted,

Jun Avalo
83161