

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Your Full Name / Su Nombre Lleno

Joan Avalo-Quezada

ID#: 83161

Unit & Room #: FM1 106

La Unidad y Numero del Cuarto

THIS CORRESPONDENCE IS FORWARDED FROM THE PLYMOUTH COUNTY CORRECTIONAL FACILITY. THE CONTENTS MAY NOT HAVE BEEN EVALUATED AND THE PLYMOUTH COUNTY SHERRIFF'S OFFICE IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED MATERIAL.

BOSTON MA 020
6 NOV 2025 PM 2 L

SCANNED USMS

U.S. Court House
Criminal Clerk
1 Courthouse Way
Boston MA, 02210

022103002 C078