UNITED STATES DISTRICT COURT
for the District of Massachusetts

FILED
IN CLERKS OFFICE
2026 APR -6 PM 12: 30

UNITED STATES OF AMERICA )

)

v. )  DOCKET NO.  _23-CR-10186-ADB_
                  _1-24-CR-10281-IT_

)

Joan Avelo-Quezada )

)

MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, _Joan Avelo-Quezada_, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓)   Disagreement on strategy;

( )   Failure to obtain a bail appeal;

(✓)   Lack of understanding between me and my attorney;

(✓)   Failure to present my best interests;

( )   Other:

Conflict of interests, he's not doing anything I've asked of him, Trust between us is gone!, I wouldn't feel safe or won't trust him to represent me at trial.

Date: April 1st, 2026

Respectfully submitted,

_[signature]_
                                        , Pro Se
26 Long Pond Road
Plymouth, MA 02360