FILED
IN CLERKS OFFICE

2026 APR -6 PM 12: 30

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA   02360

United States District Court for
the District of Massachusetts
U.S. Courthouse
One Courthouse Way – Suite 2300
Boston, MA   02210

RE:    United States of America v. <u>Joan Avalo-Querzar.</u>
NO:

Dear Sir/Madam: Clerk

    Enclosed for action, filing and docketing regarding the above-referenced matter, please find MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY.

    Kindly mark this motion up for hearing at your earliest convenience.

Very truly yours,

_____
  , Pro Se

Enclosure
cc:    U.S. Attorney