UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
        )
        )      NO. 1:23-cr-10186-ADB
v.        )
        )
        )
JOAN AVALO-QUEZADA     )

## ASSENTED TO MOTION FOR A RULE 11 HEARING

Now comes the defendant, Joan Avalo-Quezada, before this Honorable Court and respectfully moves to schedule a Rule 11 hearing for a change of plea on a date and time convenient for the Court and the parties.

Respectfully Submitted,

**Joan Avalo-Quezada**

by his attorney,

*/s/ Jason Benzaken*

_____

Jason Benzaken, Esq.
Benzaken, Sheehan & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*jbenzaken@bmswlaw.com*

Dated:  April 8, 2026

### Certificate of Service

I hereby certify that a copy of this motion has been filed and served through the CM/ECF system and will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ Jason Benzaken*
Jason Benzaken

Dated:  April 8, 2026