UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
) NO. 1:23-cr-10186-ADB
v. )
)
)
JOAN AVALO-QUEZADA )


**DEFENDANT JOAN AVALO-QUEZADA'S ASSENTED-TO MOTION TO TRANSFER CASE**

Now comes the defendant, Joan Avalo-Quezada, in the above-entitled matter before this Honorable Court, and respectfully moves pursuant to Local Rule 40.1(j)(2) to permit the transfer of his case, charged as 1:24-cr-10281-IT, to this Court, for a Rule 11 Hearing for a change of plea and for sentencing in connection with is Rule 11 hearing and sentencing in this matter, so that the defendant may plead guilty and be sentenced in a single proceeding.

As reason and grounds therefore, the defendant states that he is charged along with 13 other defendants in Count 5 of this Indictment with Conspiracy to Conduct Enterprise Affairs Through a Pattern of Racketeering Activity, in violation of 18 U.S.C. § 1962(d). The allegations against the defendant[1] in connection with the instant RICO offenses subsume the activities charged in the matter charged at 1:24-cr-10281-IT, and also include allegations of other drug distribution activities, Hobbes act violations, and Murder. The defendant's conduct in this matter is entirely related to the conduct charged in 1:24-cr-10281-IT, but no finding of relatedness is necessary as the defendant seeks to have this Cour permit the transfer of the matter before Judge Talwani to this Court so that the defendant may resolve all criminal matters open in this Court in a single proceedings. See L.R. 40.1(j)(2). Given that the allegations relating to Count 5 of 1:23-cr-10183 are more serious than the allegation in 1:24-cr-10281, the defendant suggests that

---

[1] The defendant is differently situated than the other defendants that are charged in 1:24-cr-10281-It such that it is only defendant Avalo-Quezada who's conduct in that matter is related to the conduct charged in Count 5 of 1:23-cr-10186-ADB.

resolution of all his open cases  before this Court would be appropriate.  The defendant has separately filed a request for such a transfer before Judge Talwani.

The defendant further states that it is in the interests of justice and judicial economy that his motion be allowed.  The United States assents to this motion.

Respectfully Submitted,

Counsel for the defendant,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken, Sheehan & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*jbenzaken@bmswlaw.com*

Dated:  April 22, 2026

### Certificate of Service

I hereby certify that a copy of this motion has been served upon the parties to this matter and counsel for the United States through CM/ECF.

*/s/ Jason Benzaken*
Dated:  April 22, 2026