UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 1:23-cr-10186-ADB |
| v. | ) | |
| | ) | |
| | ) | |
| JOAN AVALO-QUEZADA | ) | |

**MOTION FOR FUNDS FOR TRANSCRIPTS AT GOVERNMENT EXPENSE**

Now comes the defendant, Joan Avalo, before this Honorable Court, and through Court appointed counsel in the above-entitled matter moves, pursuant to the Criminal Justice Act, that the Court authorize the production of the transcripts of the sentencing hearing of co-defendant Devonne McDonal-Jones, held on December 3, 2025, at government expense. As reasons and grounds therefore, the defendant submits that he seeks a record of this proceeding as issues raised therein will be relevant for the defendant's upcoming sentencing hearing on September 9, 2026.

Respectfully Submitted,
Counsel for the defendant,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken, Sheehan & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*jbenzaken@bmswlaw.com*

Dated: August 24, 2026

**Certificate of Service**

I hereby certify that a copy of this motion has been served upon all parties to this matter that are permitted to view this motion through CM/ECF.

*/s/ Jason Benzaken*
Dated: August 24, 2026