**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 23cr10186-ADB |
| | ) | |
| JOAN AVALO | ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

The United States Attorney respectfully moves that the sentencing hearing for Defendant Joan Avalo, presently set for September 9, 2026, be continued to the end of October 2026, as the Government requires additional time to prepare for the sentencing, including a disputed drug weight and a determination as to the RICO Guidelines involving murder, which has been challenged by the defendant. In addition, the government is seeking additional time to ensure that the necessary victims are represented at the sentencing hearing. This would be the first continuance of the sentencing hearing. In light of the above, the government seeks a brief continuance until the end of October 2026 for the sentencing hearing.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

*/s/ Michael Crowley*
Michael Crowley
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael Crowley*
Michael Crowley