# EXHIBIT A

## Letter from Joan Avalo-Quezada to the Court

Good morning Your Honor,

My name is Joan Avalo-Quezada. I am 29 years of age. I was raised in Bromley Heath projects in what is now known today as the Mildred C. Hailey Apartments. Growing up in the projects was very challenging for me, especially being Hispanic, many things in life were very difficult for me. I was bullied for being Hispanic by kids in the neighborhood, and I grew up without positive role models, and no resources, which has been a struggle, but ultimately I blame nobody else but myself.

I truly apologize to everyone and the community for my misconduct, to Your Honor, to my three children, to my loved ones, and to my mother the one who raised me right and with love; my faults and missteps are not hers to carry but my own.

Around the age of fifteen, my mother had gotten evicted from the housing project. That was the toughest and worst experience I've ever been through. When I left DYS my mother and sister were staying with my mom's sister in Hyde Park. I first went there but we were all staying in one room with one bed, and there was just not enough space for me to stay more than a month or two. So I ended up on the streets, sleeping at times in cars and at times crashing at friends' places. I tried to find a job in order to provide for myself and family but I was unsuccessful at many places, like retail and fast food places, because of my record. After about four months of trying to find a job, I began selling weed in order to make money. I knew it was wrong but I felt at the time like I had to do things that I myself did not approve of in order to provide for my family. With that money I was able to give some to my mother and sister for groceries and pay for my own food, while still without a home, bouncing between places. During this time I encountered people who I know now were bad influences on me, and I continued to make bad decisions.

Please trust me when I say this and with all due respect to the law, I understand the way I was providing I was committing offenses that was against it. My intention was never to harm anyone or to affect my community in any way. At the time I was selfish thinking only about myself not caring who was being affected at the time.

In 2016 I had my first child, my son Junior. But it was six years later, when I learned that I was having twins – twin daughters – that something in me told me that I had to really change my life and be better. Instead of hanging around people who were bad for me and my life, I prioritized spending time with my family. Soon after that I stopped selling drugs. So even though I had begun to change my mindset before I was incarcerated for this offense, I have committed to change even more while inside.

Since I been in jail over a long period of time for the first time ever in my life, I've been facing the consequences and reflecting on the things that I've done. Jail it's a hopeless place by having everything stripped away, I was forced to find something that would give me meaning, give me purpose, and give me direction. That something is Jesus Christ. It was plenty of times where I felt hopeless and could no longer numb the pain or distract myself with substance abuse, I know

this is why the lord saved me because this is bigger than me, and I know I'm not perfect I'm far from it but he wants me to break those generational chains and those curses so that our current and future beautiful kids won't have to pay for it, won't have to fall and get misled into the same footsteps I did when I was young.

I promise you all that these past two and a half years I've been utilizing my time to better myself as a human being and better my education. At the beginning of August I graduated from Pathways to Recovery Program. I've earned certificates for the following groups; process group, life skills, parenting in recovery, restorative justice, refuge recovery, recovery and spirituality, mindfulness and eastern philosophy, emotional literacy and houses of healing, recovery writing, dual diagnoses, AA-NA, addiction education, relapse prevention. I will continue to take this opportunity to become a productive member to society I know I can be and flourish into a strong and positive role model.

So today like I've previously stated I'm nowhere near perfect, I've had many encounters, I've broken many many chains and many curses, but the enemy still tries, still tries telling me that I won't ever be good enough, that I'll be stuck behind bars for a lengthy period, that I won't get a shot at redemption, but it's okay because his words won't ever prosper. I will never lose faith, I am not a complacent person anymore.

I can finally say yes this experience has been real tough, has been real lonely, hopeless, but I held on to my faith and never gave up. I kept pushing putting all the footwork into the work that needed to be done to shape me into this person I am today so with that being said yes this experience was the best thing that could've happened to me, and it changed my whole outlook on life.

At the end of it all in this thing we call life isn't that what it means to be human, to constantly seek ways to grow and become the next best version of ourselves? Now I won't be asking you for a clean slate your honor, I'm asking you for a chance to show everyone how healed I am, how I'm not that violent person I'm being portrayed to be, how I can and will succeed in society given the chance to redeem myself.

Thank you,

Joan Avalo