# EXHIBIT B

## Support Letters

Daviana Avalo

125 Dean Ave Apt#4105

Franklin MA 02038

September 4th, 2024

Dear your honor,

I hope this letter finds you well. I am writing to express my unwavering support for the granting of bail for Johan Avalo.

For as long as I can remember it has always been my brothers, mother and I. We have always been united. Johan Avalo is a loving father of 3 beautiful children a 7-year-old boy and two autistic twin girls who have been affected during this process. Johan has always been a responsible and caring parent, and his children mean the world to him and rely on him for his love and support, it has been toughening these past months he has been away, holidays do not feel the same and the kids feel the absentee of their father, as I am always being questioned "where is dada?" "When is he coming back home?" "Why can't he come now?" "I miss when dada was always here with me".

I want to communicate that I understand the seriousness of this matter and the legal issues that he is currently facing, but I want to assure you that he has a strong support system in place. Our family is here for him every step of the way, and we are committed to helping him get back on track. We miss him dearly and are eager for his return home. I am certain that granting him bail would allow him to continue being there for his children and seeking all the resources he needs to overcome this challenge. He is not a flight risk and poses no threat to society. Johan has expressed his desire and potential to continue being there for his children and our family, being able to pick up his children from school and seeing their faces light up, tucking his children into bed and being the first face, they see upon waking up in the morning, those moments are priceless.

I am certain that being at home with his family and children will provide my brother with the support and stability he needs to stay on the right path. I assure you that my brother will comply with any conditions set by the court and dedicate the rest of his days towards creating a better future for himself and his children. It is my sincere hope the court takes this letter into consideration at the time of the decision to grant bail and consider the possibility of him being reunited with his family and children once again, thank you for taking the time to read this letter

Sincerely,

Daviana Avalo

Joselin Quezada

August 5th, 2026

To whom it may concern,

My name is Joselin Quezada, and I am the mother of three children 2 boys and 1 girl. I would like to speak to the judge regarding my middle son Johan Avalo Quezada. Johan suffered greatly from his father's absence from a very young age, it affected him not having his father actively in his life. He would often wake up crying telling me he couldn't remember his father ever taking him to a park, spending time with him, or his father doing the bare minimum you could ask for from a father like taking you or picking you up from school.

It made me very sad and as a mother I gave him all the love and attention I could but growing up without a father is very hard for any individual and that was a void I could not fill. That is why, as Johans mother I would like to ask you to please give him another chance so he can be there as his children grow up especially for his twin girls who are ill. The boy suffers a great deal from not having his father around he is always crying asking me when his father will be with us like the old times, and I don't know what to tell him. His children desperately need their father in their lives and would benefit tremendously from having him back in their life.

Please your honor, I too have suffered greatly watching my children's youth slowly fade away, but I always pray to God for them, and I know the lord will not forsake them.

Thank you, your honor, for your time and consideration.

Sincerely

Joselin Quezada

To the Honorable Judge,

I am writing this letter in support of my cousin Johan Avaló. I have known him my entire life, and I wanted to share my personal perspective on his character and the positive changes I have seen in him.

Growing up, he was always a respectful and kind person. He was raised by a single mother alongside his two siblings, and despite the challenges his family faced, he always treated his mother with respect and did everything he could to help her. He has always cared deeply about his family and the people around him.

He is the father of three young children—a 9-year-old son and 4-year-old twin daughters. Every time I speak with him, he tells me how much he misses his children and our family. It is clear to me that they are constantly on his mind. He talks about how much he wants to be there for them and make up for the time he has lost. I truly believe his children would benefit from having their father back in their lives.

To my knowledge, he has no prior criminal record other than the charges he is currently facing. This is the first time he has ever been to prison, and he is only 28 years old. While I understand the seriousness of these proceedings, I also believe that people are capable of learning from their mistakes and changing.

During his time in prison, he embraced Islam and has dedicated his life to God. From what he has shared with me, and through our conversations, I have seen a significant change in his mindset. He has become more mature, thoughtful, and focused on living a better life. He has told me many times that he never wants to return to prison and is determined to build a better future for himself and his children.

I genuinely believe he deserves the opportunity to prove that the changes he has made are real. I believe he has grown from this experience and, if given another chance, will continue on the positive path he has chosen, be there for his children, and become a productive member of society.

Thank you for taking the time to read my letter and for considering my perspective. I respectfully ask that you consider his character, his growth, and the sincere effort he has made to change his life. I believe he is deserving of the opportunity to demonstrate that this experience has transformed him into a better man, father, and member of the community.

Respectfully,

**Alexis Pimentel**

To the Honorable Judge:

I am writing this letter in support of my cousin Johan Avaló Quezada as he awaits sentencing. I understand the seriousness of this moment, and I respectfully ask the Court to consider the person he is to our family, the love he has for his children, and the support system that will be available to him moving forward.

The person I know is charming, loving, and someone who means a great deal to our family. One of the things I want the Court to understand most is the relationship he has with his children. He does not simply provide for them financially; he makes an effort to be present in their lives and spend meaningful time with them. To me, that matters tremendously. Children need more than financial support. They need love, attention, and the presence of a parent who makes time for them.

His relationship with his children is an important part of who he is, and I believe his continued ability to be a positive presence in their lives is something worth considering during sentencing.

I also want the Court to know that he will not be facing the future alone. Our family is prepared to support him. I am willing to provide him with a place to live, and his sister is also willing to welcome him into her home. She has purchased her own house and has a bedroom available for him. These are real options for stable housing and family support as he moves forward.

Our intention is to stand beside him and help him work toward a more stable future. He has family members who care about him and are willing to help him navigate the challenges ahead. We want him to have the opportunity to rebuild, make better choices, and continue being present for the people who love and depend on him.

I understand that the Court must consider all the circumstances of this case, and I do not write this letter to minimize the seriousness of the matter before it. I write because I believe it is important for the Court to see him as a whole person, beyond the circumstances that have brought him here. He is also a son, a brother, a cousin, and a father whose children benefit from his love and presence.

I respectfully ask the Court to consider his family relationships, his role in his children's lives, and the concrete support available to him when determining an appropriate sentence. If the Court finds it appropriate, I sincerely hope he will be given an opportunity to move forward with the support and guidance of his family.

Thank you for taking the time to read this letter and consider my perspective.

Respectfully,

**Annie Pimentel**
Cousin of the Defendant
10/21/2026

Dear Your Honor,

My name is Luis Mejia and I am writing this letter in support of my brother in law Johan Avalo-Quezada and respectfully asking the court to consider showing him compassion, mercy, and allowing him the opportunity to return home to his children and family.

I have known Johan as my brother in law and as a member of our family, and I know he is more than the circumstances that have brought him before the Court. While I understand the seriousness of this case, I also believe that people are capable of change, growth, and rehabilitation when they are provided with the necessary tools and resources to do so, I believe that people can make serious mistakes, take responsibility for those mistakes, learn from them, and never make those mistakes again and become better individuals.

Throughout this difficult time our family has remained committed to supporting Johan, he has a responsible, trust worthy, hardworking sister who is willing to provide him with a safe and stable place to live, help him establish a positive routine, and ensure he makes better decisions moving forward.

His absence has also had a significant impact on his 3 children they have experienced tremendous hardship during his incarceration and have been forced to navigate the circumstances that no child should ever have to experience in addition to navigating life without the presence and support of their father. His return would give him the opportunity to begin repairing those relationships, be present for his children, and become the active father and positive influence they need.

I also am certain that Johan has the ability to use this experience as a turning point in his life. His time away from his children and family has given him an opportunity to reflect on his choices, understand the consequences of his actions, and recognize the importance of making different decisions moving forward. Johan understands that returning home would come with responsibility following any conditions imposed by the Court, seek counseling, treatment, education, or other resources that will guide him towards working to become a responsible and better member of society not only for himself but also for his children.

Thank you for taking the time to consider my letter and for allowing me the opportunity to speak on behalf of someone I care deeply about. I respectfully ask your honor to consider his potential, the support system is waiting for him, and the opportunity for him to reunite with his children and rebuild his life. I sincerely believe that a second chance when accompanied by the right support can give someone the opportunity to become a better person and make a lasting difference in the lives of those who depend on them.

Sincerely,

Luis Mejia