# EXHIBIT C

## Program Materials

# Plymouth County
# Correctional Facility

Sheriff Joseph D. McDonald, Jr.

## The Pathways to Recovery
## Substance Use Disorder Treatment Program
## Certificate of Completion

Joan Avalo-Quezada

Given this day of August 7, 2026

Director of Programs
Laurel McLean

**Plymouth County Sheriff's Department**

**Pathways to Recovery Program**

**Name:** Joan Avalo - Quezada **Orientation Date:** 5/7/26

**Process Group**

| | | | | | |
|---|---|---|---|---|---|
| 5/11/26 | 6/1/26 | 6/15/26 | 6/29/26 | 7/13/26 | 7/27/26 |
| 5/18/26 | 6/8/26 | 6/22/26 | 7/6/26 | 7/20/26 | 8/3/26 |

**Life Skills**

| | | | | | |
|---|---|---|---|---|---|
| 6/2/26 | 6/16/26 MB | 6/30/26 MB | 7/14/26 MB | | |
| 6/9/26 MB | 6/23/26 | 7/7/26 MB | 7/28/26 MB | | |

**Parenting in Recovery/Family Dynamics**

| | | | | | |
|---|---|---|---|---|---|
| 5/14/26 MB | [illegible] | 6/18/26 MB | 7/2/26 MB | 7/23/26 MB | |
| 5/21/26 MB | 6/11/26 MB | 6/25/26 MB | 7/9/26 MB | 7/30/26 MB | |

**Restorative Justice**

| | | | | | |
|---|---|---|---|---|---|
| 5/12/26 MB | | | | | |
| 7/16/26 MB | | | | | |

**Refuge Recovery**

| | | | | | |
|---|---|---|---|---|---|
| ECO 5/8/26 | MR 5/22/26 | ECO 6/12/26 | 6/26/26 | 7/10/26 | ECO 7/24/26 |
| | | | | | |

**Recovery and Spirituality**

| | | | | | |
|---|---|---|---|---|---|
| 6/23/26 | | | | | |
| | | | | | |

**Communication**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Mindfulness and Eastern Philosophy**

| | | | | | |
|---|---|---|---|---|---|
| 5/11 | 6/1 | 6/29 | 8/3/26 | | |
| 5/18 | 6/15 | 7/27 | | | |

**Emotional Literacy and HOH**

| | | | | | |
|---|---|---|---|---|---|
| 5/13/26 | 5/27/26 | 6/5/26 | 6/24/26 | 7/8/26 | [illegible] |
| 5/20/26 | 6/3/26 | 6/16/26 | 6/30/26 | 7/28/26 | |

**Recovery Writing**

| | | | | | |
|---|---|---|---|---|---|
| [illegible] | | | | | |
| | | | | | |

Updated November 2024

**Peace Education**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Dual Diagnosis and Pharmacology**

| | | | | | |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | | | | | |

**AA/NA**

| | | | | | |
|---|---|---|---|---|---|
| [illegible] | [illegible] | | | | |
| 6/30/26 [illegible] | | | | | |

**Peer-Led Groups**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Addiction Education**

| | | | | | |
|---|---|---|---|---|---|
| [illegible] | 6/3/24 [illegible] | [illegible] | 6/24/26 | 7/1/26 [illegible] | [illegible] |
| | | 6/17/26 [illegible] | [illegible] | [illegible] | |

**Planning for the Future/Jeopardy!**

| | | | | | |
|---|---|---|---|---|---|
| 5/28/26 gg | 7/31/26 MB | | | | |
| Wor- 6/26/26 MB | | | | | |

**Gambling Group**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**Relapse Prevention**

| | | | | | |
|---|---|---|---|---|---|
| 5/12/26 gg | 6/2/26 gg | 6/23/26 gg | 7/7/26 gg | 7/21/26 gg | 7/28/26 gg |
| 5/26/26 gg | 6/8/26 gg | 7/1/26 gg | 7/14/24 [illegible] | [illegible] | 8/4/26 gg |

**Community Resources/Outreach**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**Morning Meetings/Additional Groups**

| | | | | | |
|---|---|---|---|---|---|
| 5/8/26 gg | 5/28/26 gg | 6/22/26 gg | 7/21/26 gg | | |
| 5/11/26 gg | 6/1/26 gg | 6/23/26 gg | 7/24/26 gg | | |
| 5/12/26 gg | 6/2/26 gg | 6/24/26 gg | 7/27/26 gg | | |
| 5/13/26 gg | 6/5/26 gg | 6/26/26 gg | 7/28/26 gg | | |
| 5/15/26 gg | 6/8/26 gg | 6/30/26 gg | 8/3/26 gg | | |
| 5/18/26 gg | 6/9/26 gg | 7/1/26 gg | 8/4/26 gg | | |
| 5/20/26 gg | 6/12/26 gg | 7/6/26 gg | 8/5/26 gg | | |
| 5/22/24 [illegible] | 6/15/26 gg | 7/7/26 gg | | | |
| 5/26/26 gg | 6/16/26 gg | | | | |
| 5/27/26 gg | 6/17/26 gg | 7/28/26 gg | | | |

Updated November 2024

# CERTIFICATE OF COMPLETION

Joan Avalo

has participated in and completed

the thirteen -session

## Houses of Healing Emotional Literacy Program

based on the book/curriculum

*Houses of Healing*

Facilitator [signature]

Date 6/30/2026

Facilitator