UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 1:23-cr-10186-ADB |
| v. | ) | |
| | ) | |
| | ) | |
| JOAN AVALO-QUEZADA | ) | |

## NOTICE OF APPEAL

Now comes the defendant before this Honorable Court, and hereby appeals from the judgment and sentence of the District Court in the above-captioned matter to the United States Court of Appeals for the First Circuit.

Respectfully Submitted,

Counsel for the defendant,

*/s/ Jason Benzaken*

Jason Benzaken, Esq.
Benzaken, Sheehan & Wood, LLP
1342 Belmont Street, Suite 102
Brockton, MA 02301
(Tel) 508-897-0001
(Fax) 508-587-5455
BBO No. 658869
*jbenzaken@bmswlaw.com*

Dated: November 11, 2026

**Certificate of Service**

I hereby certify that a copy of this motion has been served upon the parties to this matter and counsel for the United States through CM/ECF.

*/s/ Jason Benzaken*
Dated: November 11, 2026