# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: USA v. Lyons, et al.

District Court Number: 1:23-cr-10186-ADB-2

Fee: Paid? Yes ____ No x Government filer ____ *In Forma Pauperis* Yes x No ____

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No x | Sealed documents | Yes x No ____ |
| *If yes, document #* | | *If yes, document #* | Numerous |
| *Ex parte* documents | Yes x No ____ | Transcripts | Yes ____ No x |
| *If yes, document #* | Numerous | *If yes, document #* | |

Notice of Appeal filed by: Plaintiff/Petitioner ____ Defendant/Respondent x Other: ____

Appeal from:

544 Order, 724 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

544 Order, 724 Judgment

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 713 filed on November 11, 2026.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 25, 2026.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Caetlin McManus
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: ____________________

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**